**Order entered July 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00877-CR**
**No. 05-14-00878-CR**
**No. 05-14-00879-CR**
**No. 05-14-00880-CR**

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-55346-T, F13-60732-T, F13-60733-T, F13-72123-T**

# ORDER

Before Justices Francis, Lang-Miers, and Whitehill

The Court **DENIES** appellant's pro se motion for rehearing.

/s/    ELIZABETH LANG-MIERS
       JUSTICE